The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



**/S/ RUSS KENDIG**

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-64965 |
| | ) | |
| | ) | CHAPTER 13 |
| BRIAN JON WAHL, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtor. | ) | |
| | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| | ) | **(NOT FOR PUBLICATION)** |
| | ) | |
| | ) | |

This matter is before the court following petition preparer T & S Paralegal Services' failure to abide by orders of the court dated December 4, 2009 and January 8, 2010. On December 4, 2009 the court issued an order reducing the petition preparer's fees to $125.00 and requiring the petition preparer to disgorge any amount in excess of $125.00 to the debtor. The petition preparer has not provided proof of this disgorgement to the court. On January 8, 2010, the court entered a show cause order against T&S Paralegal Services. No representative of T & S Paralegal Services appeared at the hearing or took other action as directed in the order.

The Court hereby finds T & S Paralegal Services to be in contempt of court for failing to obey a Court order. T & S Paralegal Services immediately shall return all fees charged in excess of $125 to the debtor. A sanction of $5.00 per day shall accrue from the date of this order for each day proof of disgorgement is not provided. This sanction shall be payable to the Clerk, United States Bankruptcy Court, 201 Cleveland Ave., SW, Canton, OH 44702.

An order will issue simultaneously with this opinion.

###

## SERVICE LIST

Brian Jon Wahl
1817 SR 83 Unit 461
Millersburg, OH 44654

Toby L Rosen
400 W Tuscarawas St
Charter One Bank Bldg
4th Floor
Canton, OH 44702

United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., E.
Suite 441
Cleveland, OH 44114

T&S Paralegal Services
5203 M St. NE
Magnolia, OH 44643-8464